# Order

Michigan Supreme Court
Lansing, Michigan

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148858

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 148858
      COA: 312324
      Wayne CC: 12-000821-FH

DARRYL ANTHONY MARTIN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 16, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



                      Clerk

d0721